United States Bankruptcy Court
District of Puerto Rico

In re:                                                                                                           Case No. 20-01792-MCF
ORTOS DOMINGO GUTIERREZ COLON                                            Chapter 13
AWILDA ORTIZ MOLINA
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: borregom | Page 1 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + ORTOS DOMINGO GUTIERREZ COLON, AWILDA ORTIZ MOLINA, VALLE ARRIBA HEIGTS, BM 1 CALLE 116, CAROLINA, PR 00983-3313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021                            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FRANSHESKA JANET PABON | on behalf of Creditor CARLOS R. VELEZ GONZALEZ FPabon@lvvlaw.com NCruz@lvvlaw.com |
| JOSE F CARDONA JIMENEZ | on behalf of Creditor ORIENTAL BANK - MORTGAGE DIVISION jf@cardonalaw.com cardonalaw@hotmail.com |
| JOSE RAMON CARRION MORALES | newecfmail@ch13-pr.com |
| JUAN CARLOS BIGAS VALEDON | on behalf of Debtor ORTOS DOMINGO GUTIERREZ COLON cortequiebra@yahoo.com juancbigaslaw@gmail.com |
| MARIA S JIMENEZ MELENDEZ | on behalf of Creditor ORIENTAL BANK attymjm@gmail.com quiebra@prw.net |

| District/off: 0104-3 | User: borregom | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: pdf002 | Total Noticed: 1 |

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-01792-MCF13 |
| ORTOS DOMINGO GUTIERREZ COLON | Chapter 13 |
| AWILDA ORTIZ MOLINA | |
| xx-xx-8015 | |
| xx-xx-6068 | |
| Debtor(s) | FILED & ENTERED ON AUG/09/2021 |

ORDER

The motion filed by the debtors requesting extension of time (docket #36) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9 day of August, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge