**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ORTOS DOMINGO GUTIERREZ COLON**<br>**aka ORTOS GUTIRREZ –JARD BOR**<br>**AWILDA ORTIZ MOLINA**<br>**aka A ORTIZ**<br><br>**xxx–xx–8015**<br>**xxx–xx–6068**<br><br>Debtor(s) | Case No. **20–01792 MCF**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 3/8/22 |

*NOTICE OF NEED TO FILE PROOF OF CLAIM*
*DUE TO RECOVERY OF ASSETS*

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

*Date: June 6, 2022*

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor´s estate.

The proof of claim form is available through our website (www.prb.uscourts.gov). It may be filed by regular mail. If you wish to receive proof of receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

Dated: March 8, 2022

*Address of the Bankruptcy Court:*

Jose V. Toledo Federal Building and US Courthouse
300 Recinto Sur Street, Suite 134
San Juan, PR 00901

*WILMA JAIME*
Acting Clerk of the Court
By: *MARIA TERESA FRONTERA*
Deputy Clerk