UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
ORTOS DOMINGO GUTIERREZ COLON
AWILDA ORTIZ MOLINA

CASE NO. 20-01792-MCF

CHAPTER 13

DEBTOR(S)

### TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

ORTOS DOMINGO GUTIERREZ COLON  & AWILDA ORTIZ MOLINA
VALLE ARRIBA HEIGTS
BM 1 CALLE 116
CAROLINA, PR  00983

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0833954 for the amount of $5,481.00.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: March 18, 2022

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

```
                                            20-01792-MCF
                                            ORTOS DOMINGO GUTIERREZ COLON
```

                           VERIFIED STATEMENT

    The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

```
ORTOS DOMINGO GUTIERREZ COLON         JUAN C BIGAS VALEDON*
AWILDA ORTIZ MOLINA                   JUAN C BIGAS LAW OFFICE
VALLE ARRIBA HEIGTS                   PO BOX 7011
BM 1 CALLE 116                        PONCE, PR  00732-7011
CAROLINA, PR  00983

ORTOS DOMINGO GUTIERREZ COLON  &
AWILDA ORTIZ MOLINA
VALLE ARRIBA HEIGTS
BM 1 CALLE 116
CAROLINA, PR  00983
```

    In San Juan, Puerto Rico this Friday, March 18, 2022.

                                            _____
                                            Chapter 13 Clerk