## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                                              CASE NO.   20-01792 MCF

ORTOS DOMINGO GUTIERREZ COLON
AWILDA ORTIZ MOLINA

            *Debtor*                              CHAPTER   7

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

### MOTION REQUESTING WITHDRAWAL OF DOCKETS #99

TO THE HONORABLE COURT:

NOW COME the debtors herein, **ORTOS DOMINGO GUTIERREZ COLON** and **AWILDA ORTIZ MOLINA**, by their undersigned attorney and very respectfully ALLEGE AND PRAY:

1. On this date, debtor herein filed an Objection to Settlement Agreement (Docket #99).

2. This document was not filed correctly, for which reason debtor respectfully requests the withdrawal of Dockets #99.

**WHEREFORE** debtors respectfully request that the Honorable Court takes notice of the above, that the withdrawal may be approved and that all other remedies which are proper and just be granted.

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 7 Trustee, US Trustee and to all creditors registered to said system.  On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico this 7th day of December, 2022.


By:    /s/ Juan C. Bigas Valedon
       JUAN C. BIGAS VALEDON
       Attorney for Debtor
       U.S.D.C.   NO. 215404
       P.O. Box 7011
       Ponce, P.R. 00732-7011
       Tel. 259-1000; Fax 842-4090
       E-mail: cortequiebra@yahoo.com

Label Matrix for local noticing
0104-3
Case 20-01792-MCF7
District of Puerto Rico
Old San Juan
Wed Dec  7 13:54:41 AST 2022

ORIENTAL BANK
ALICEA & ASOCIADOS
500 MUNOZ RIVERA AVE
EL CENTRO I SUITE 211 214
SAN JUAN, PR 00918

ORIENTAL BANK - MORTGAGE DIVISION
CARDONA JIMENEZ LAW OFFICES, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

UNITED STATES TRUSTEE
500 TANCA ST STE 301
SAN JUAN, PR 00901-1922

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

(p)LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
SAN JUAN PR 00936-4267

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CAPITAL ONE
PO Box 30281
Salt Lake City, UT  84130-0281

CARLOS R VELEZ GONZALEZ
PO BOX 193586
SAN JUAN PR 00919-3586

CRIM
PO Box 195387
San Juan, PR  00919-5387

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

DISCOVER BANK
PO Box 30416
Salt Lake City, UT  84130-0416

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

INTERNAL REVENUE SERVICES
PO Box 7346
Philadelphia, PA  19101-7346

JC PENNEY PR
PO Box 965007
Orlando, FL  32896-5007

JOSE RAMIREZ HERNANDEZ
PO BOX 13660
CAGUAS, PR  00726

LCDA. VELMA E DIEAZ CARRASQUILLO
PO BOX 361508
SAN JUAN, PR 00936-1508

ORIENTAL BANK
PO BOX 195115
SAN JUAN, P.R. 00919-5115

ORIENTAL BANK & TRUST
PO Box 195115
San Juan, PR  00919-5115

ORIENTAL BANK - MORTGAGE DIVISION
C/O CARDONA JIMENEZ LAW OFFICES, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

PROGRESSIVE INSURANCE
6300 Wilson Mills Rd Box W33
Mayfield Village, OH 44143-2182

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SCOTIABANK DE PUERTO RICO
PO Box 363368
San Juan, PR  00936-3368

SYNCB/SAMS
PO Box 965005
Orlando, FL  32896-5005

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TARGET
PO BOX 1470
MINNEAPOLIS, MN 55440-1470

TARGET
PO Box 660170
Dallas, TX  75266-0170

AWILDA ORTIZ MOLINA
VALLE ARRIBA HEIGTS
BM 1 CALLE 116
CAROLINA, PR 00983-3313

CARLOS R. VELEZ GONZALEZ
PO BOX 194089
SAN JUAN, PR 00919-4089

JOSÉ RAMON CARRION MORALES
CHAPTER 13 TRUSTEE
PO BOX 9023884
SAN JUAN, PR 00902-3884

JUAN CARLOS BIGAS VALEDON
JUAN C BIGAS LAW OFFICE
PO BOX 7011
PONCE, PR 00732-7011

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET   SUITE 301
SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS
Noreen Wiscovitch Rentas,Ch 7 Trustee
P.O. Box 364363
San Juan, PR 00936-4363

ORTOS DOMINGO GUTIERREZ COLON
VALLE ARRIBA HEIGTS
BM 1 CALLE 116
CAROLINA, PR 00983-3313

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 364267
SAN JUAN, PR  00936-4267

CAINE & WEINER
PO BOX 55848
SHERMAN OAKS, CA  91411

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CARLOS R. VELEZ GONZALEZ
PO BOX 193586
SAN JUAN PR 00919-3586

End of Label Matrix
Mailable recipients     34
Bypassed recipients      1
Total                   35